791 A.2d 196

IN THE MATTER OF EVELYN PADIN, AN ATTORNEY AT LAW.

January 10, 2002.

## ORDER

This matter having been duly presented to the Court on the petition of respondent, **EVELYN PADIN,** for review of the

decision of the Disciplinary Review Board in DRB 00–296, and good cause appearing;

It is ORDERED that the petition for review is granted and the admonition issued by the Disciplinary Review Board on March 6, 2001, is hereby vacated;  and it is further

ORDERED that the complaint docketed as VI–98–49E be dismissed for lack of clear and convincing evidence.